# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST QUALITY TISSUE, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>IRVING CONSUMER PRODUCTS LIMITED<br>and IRVING CONSUMER PRODUCTS, INC.<br><br>               Defendants. | C.A. No. 19-428-RGA |

## DECLARATION OF MARK MALBURG, PH.D.

I, Mark Malburg, declare and state as follows under penalty of perjury:

    1.    My name is Mark Malburg. I make this declaration based on my personal knowledge of the facts contained herein. The facts recited in this declaration are true and accurate to the best of my knowledge and belief.

    2.    I am President of Digital Metrology Solutions, Inc.

    3.    In February 2012, I entered into a retainer agreement with Amster Rothstein & Ebenstein LLP ("Amster") to act as a technical expert and consultant for First Quality Tissue, LLC ("First Quality").

    4.    I have performed work for First Quality pursuant to that retainer, including around January and February 2013 when I performed analysis of tissue data. I have understood since at

1

least the time of that work that I was working for First Quality pursuant to the February 2012 retainer agreement and that my work was for legal purposes and for transmission to attorneys.

Dated: January 29, 2021

*[signature]*

Mark Malburg, Ph.D.