IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST QUALITY TISSUE, LLC,           )<br>                                                            )<br>                    Plaintiff,           )<br>                                                            )<br>          v.                                            )   C.A. No. 19-428-RGA<br>                                                            )<br>IRVING CONSUMER PRODUCTS   )<br>LIMITED and IRVING CONSUMER  )<br>PRODUCTS, INC.,                         )<br>                                                            )<br>                    Defendants.       ) | |

## SPECIAL MASTER ORDER #14

Having received an email from counsel identifying a dispute concerning the production of certain *.prf files and a Rule 30(b)(6) designee from First Quality to testify about the files, the Special Master orders as follows:

(1) The Special Master will hold a videoconference hearing on the above dispute on **Monday, August 16, 2021** at 4:00 p.m. Eastern. By 6:00 p.m. Eastern on **Friday**, **August 13, 2021**, counsel for Irving will provide to the Special Master and all counsel of record a videoconference link (preferably Zoom) for the hearing.

(2) Consistent with the Order Appointing Special Master (D.I. 114), Irving shall file a formal motion on the docket succinctly setting forth the basis of its motion and the specific relief requested. Irving shall attach a proposed order to this motion.

(3) The parties shall submit letter briefs on this dispute as follows:

   a. No later than 3:00 p.m. Eastern on **Friday, August 13, 2021,** Irving shall email to the Special Master, copying all counsel of record, a letter brief of no more than three pages (single spaced, 12-point font). This letter brief shall not be filed on the docket.

    b. No later than 12:00 p.m. Eastern on **Monday, August 16, 2021,** First Quality shall email to the Special Master, copying all counsel of record, an answering letter brief of no more than three pages (single spaced, 12-point font). This letter brief shall not be filed on the docket.

    c. Unless requested, no courtesy copies are needed.

IT IS SO ORDERED.

Dated: August 12, 2021

                                                   Special Master Chad S.C. Stover