IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST QUALITY TISSUE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-428-RGA |
| | ) |
| IRVING CONSUMER PRODUCTS | ) |
| LIMITED and IRVING CONSUMER | ) |
| PRODUCTS, INC., | ) |
| | ) |
| Defendants. | ) |

## SPECIAL MASTER ORDER #15

Irving moves to compel the production of certain *.prf files referenced as the "Source" data in a spreadsheet produced by First Quality on August 2, 2021. Irving also moves to compel First Quality to produce a Rule 30(b)(6) designee to testify about the *.prf files and documents included in First Quality's recent production, FQ_0102919-0103412. D.I. 239.

Because trial is scheduled to start on September 13, 2021 (D.I. 187), I took this matter up on an expedited basis. Each side submitted a three-page letter brief. I held a transcribed video hearing on August 16, 2021. At my request, the parties made supplemental email submissions on August 17, 2021. Because I found the development of First Quality's attorney-client privilege argument lacking, I allowed First Quality to submit an additional two-page letter brief on August 19, 2021, and I allowed Irving, the movant, to submit a responsive two-page letter brief on August 20, 2021. I have reviewed the parties' submissions and the substantial record submitted in relation to Special Master Orders #3 and #7, as well as the Court's Memorandum Order (D.I. 233) on First Quality's objections to Special Master Order #7.

I find that the *.prf files are protected by the attorney-client privilege and, therefore, Irving's motion to compel their production is **DENIED**. Because I took this matter up on an expedited basis, the reasons for my ruling will follow next week.

As to the portion of Irving's motion seeking a deposition, the parties shall meet and confer regarding the need for a deposition in light of this Order and submit a joint email to the Special Master no later than noon on Tuesday, August 24, 2021, on whether a dispute still exists.

IT IS SO ORDERED.

Dated:  August 20, 2021

                                                    Special Master Chad S.C. Stover