IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST QUALITY TISSUE, LLC,              )<br>                                                         )<br>               Plaintiff,                        )<br>                                                         )<br>         v.                                          )     C.A. No. 19-428-RGA<br>                                                         )<br>IRVING CONSUMER PRODUCTS    )<br>LIMITED and IRVING CONSUMER )<br>PRODUCTS, INC.,                             )<br>                                                         )<br>               Defendants.                    ) | |

### SPECIAL MASTER ORDER #16

WHEREAS the parties have a dispute about Irving's request for a Fed. R. Civ. P. 30(b)(6) designee to testify on the documents First Quality produced on August 2, 2021 (*see* D.I. 239); and

WHEREAS the Special Master held a video hearing on August 25, 2021 where both sides presented argument on this dispute.

IT IS HEREBY ORDERED, for the reasons stated at the hearing, that First Quality shall produce Dr. Sealey as a Rule 30(b)(6) designee on or before September 1, 2021 to testify about the Microsoft Excel spreadsheets produced on August 2, 2021. At the deposition, Irving's counsel may explore, by way of non-limiting examples: (1) the meaning of the *.prf file names referenced in the spreadsheets; (2) the Pa values of the tissues referenced in the spreadsheets; and (3) who prepared the spreadsheets.

The deposition shall be taken at a time and location agreed on by the parties. If the parties cannot agree on a location, it shall be proceed by remote means. The deposition shall be limited to no more than two hours on the record.

Dated:   August 25, 2021

                                            Special Master Chad S.C. Stover