IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST QUALITY TISSUE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-428-RGA |
| | ) | |
| IRVING CONSUMER PRODUCTS LIMITED and IRVING CONSUMER PRODUCTS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER
TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the undersigned counsel for First Quality Tissue, LLC, Irving Consumer Products Limited, and Irving Consumer Products, Inc., subject to the approval and order of the Court, that the following case events shall be scheduled as follows:

The hearing on the pending summary judgment and *Daubert* motions (D.I. 194; D.I. 196) shall take place on January 19, 2022, beginning at 9:00 AM.

The pretrial conference shall take place on March 25, 2022, at 9:00 AM.

Trial shall begin on April 25, 2022, at 9:30 AM.

The deadline to conduct the two-hour 30(b)(6) ordered by Special Master Order #16 shall be extended to fourteen (14) days following the Court's ruling on Irving's objections to Special Master Order #15, if Irving files any such objections, or fourteen (14) days following the deadline for Irving to file objections, if Irving files no objection.

FISH & RICHARDSON P.C.

By: */s/ Warren Keith Mabey, Jr.*
    Joseph B. Warden (# 5401)
    Warren Keith Mabey, Jr. (# 5775)
    Nitika Gupta Fiorella (# 5898)
    Casey M. Kraning (# 6298)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    Telephone: 302-652-5070
    Facsimile:   302-652-0607
    warden@fr.com;
    mabey@fr.com;
    fiorella@fr.com;
    kraning@fr.com

    Edmond R. Bannon
    Jeffrey C. Mok
    FISH & RICHARDSON P.C.
    7 Times Square, 20th Floor
    New York, NY 10036
    Telephone: (212) 765-5070
    Facsimile: (212) 258-2291
    Email: bannon@fr.com;
    jmok@fr.com

    *Attorneys for Plaintiff*
    *First Quality Tissue, LLC*

MORRIS, NICHOLS, ARSHT &
  TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (#1014)
    MORRIS, NICHOLS, ARSHT &
     TUNNELL LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@morrisnichols.com

    John G. Day (#2403)
    Andrew C. Mayo (#5207)
    ASHBY & GEDDES
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899
    (302) 654-1888
    jday@ashbygeddes.com;
    amayo@ashbygeddes.com

    Matthew J. Moore
    Maximilian A. Grant
    Inge A. Osman
    David A. Zucker
    LATHAM & WATKINS LLP
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004-1304
    (202) 637-2200
    max.grant@lw.com;
    matthew.moore@lw.com
    inge.osman@lw.com;
    david.zucker@lw.com

    Charles H. Sanders
    LATHAM & WATKINS LLP
    200 Clarendon Street
    Boston, MA 02116
    (617) 948-6000
    charles.sanders@lw.com

    *Attorneys for Defendants Irving Consumer*
    *Products Limited and Irving Consumer*
    *Products, Inc.*

Dated: August 30, 2021

**IT IS SO ORDERED** this   31   day of  August , 2021.

                                           /s/ Richard G. Andrews
                                           U.S. District Court Judge.