IN THE UNITED STATES DISTRICT COURT
FOR THE FOR THE DISTRICT OF DELAWARE

FIRST QUALITY TISSUE, LLC,

Plaintiff,

v.

IRVING CONSUMER PRODUCTS LIMITED
and IRVING CONSUMER PRODUCTS, INC.

Defendants.

C.A. No. 19-428-RGA

**VERDICT FORM**

## I.      INFRINGEMENT

**Question 1 – Infringement**

Did First Quality prove, by a preponderance of the evidence, that Irving has infringed any of the following claims of the '203 patent, the '872 patent, or the '853 patent?

(If you find First Quality proved that Irving infringed a claim, answer "YES."  If you find First Quality did not prove Irving infringed a claim, answer "NO.")

| '203 Patent Claim | Answer | '872 Patent Claim | Answer | '853 Patent Claim | Answer |
|---|---|---|---|---|---|
| Claim 1 | No | Claim 1 | No | Claim 4 | No |
| Claim 3 | No | Claim 4 | No | Claim 12 | No |
| | | | | Claim 13 | No |

Please continue to the next question.

1

## II.      INVALIDITY

### Question 2 – Anticipation

Did Irving prove, by clear and convincing evidence, that any of the following claims of the '203 patent, the '872 patent, or the '853 patent is invalid due to anticipation?

(If you find that a claim is invalid due to anticipation, answer "YES." If you find Irving has not proven a claim is invalid due to anticipation, answer "NO.")

| '203 Patent Claim | Answer | '872 Patent Claim | Answer | '853 Patent Claim | Answer |
|---|---|---|---|---|---|
| Claim 1 | YES | Claim 1 | YES | Claim 4 | YES |
| Claim 3 | YES | Claim 4 | YES | Claim 12 | YES |
|  |  |  |  | Claim 13 | YES |

Please continue to the next question.

### Question 3 – Indefiniteness

Did Irving prove, by clear and convincing evidence, that any of the following claims of the '203 patent, the '872 patent, or the '853 patent is invalid due to indefiniteness?

(If you find that a claim is invalid due to indefiniteness, answer "YES." If you find Irving has not proven a claim is invalid due to indefiniteness, answer "NO.")

| '203 Patent Claim | Answer | '872 Patent Claim | Answer | '853 Patent Claim | Answer |
|---|---|---|---|---|---|
| Claim 1 | No | Claim 1 | No | Claim 4 | No |
| Claim 3 | No | Claim 4 | No | Claim 12 | No |
|  |  |  |  | Claim 13 | No |

Please continue to the next question.

2

**Question 4 – Written Description**

Did Irving prove, by clear and convincing evidence, that any of the following claims of the '203 patent, the '872 patent, or the '853 patent is invalid due to lack of written description?

(If you find that a claim is invalid due to lack of written description, answer "YES." If you find Irving has not proven a claim is invalid due to lack of written description, answer "NO.")

| '203 Patent Claim | Answer | '872 Patent Claim | Answer | '853 Patent Claim | Answer |
|---|---|---|---|---|---|
| Claim 1 | No | Claim 1 | No | Claim 4 | No |
| Claim 3 | No | Claim 4 | No | Claim 12 | No |
| | | | | Claim 13 | No |

Please continue to the next question.

## III.   DAMAGES

If you answered "Yes" to any of the asserted claims in Question 1 on Infringement, **and** you answered "No" for the corresponding claim in Questions 2, 3, and 4 (i.e. if you found any asserted patent claim to be valid and infringed), proceed to answer the following questions. If you did not so answer, then leave this section blank.

**Question 5**

What has First Quality proved by a preponderance of the evidence that it is entitled to as damages for Irving's infringing sales:

A royalty of _____% on a royalty base of $_____, for a total sum of

$_____.

3

**Question 6 – Willful Infringement**

If you answered "Yes" to any of the asserted claims in Question 1 on Direct Infringement, **and** you answered "No" for the corresponding claim in Questions 2, 3(b), and 4(b) (i.e. if you found any asserted patent claim to be valid and infringed), proceed to answer the following questions. If you did not so answer, then leave this section blank.

Did First Quality prove by a preponderance of the evidence that Irving's infringement was willful?

(If you find Irving's infringement was willful, answer "Yes." If you find First Quality did not prove Irving's infringement was willful, answer "No.")

YES _____     NO __X__

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

